

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00228-CR

Jerry H. **MALDONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 347710
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 15, 2013.

Patricia O. Alvarez, Justice